**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 05-1458

USA

vs.

Muse

Justin Muse, Appellant

(Western District of Pennsylvania Criminal No. 02-cr-00031E)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: July 1, 2005

cc:
    Karen S. Gerlach, Esq.
    Marjorie A. Minkler, Esq.
    Laura S. Irwin, Esq.
    Paul M. Thompson, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

<u>**Western (Erie)**</u> Clerk of District Court         Date __**7/1/05**__
  (District)

<u>**In Re: USA v. Musa**</u>          C.A. Nos. __**05-1458**__
  (Caption)
<u>**Justin Muse**</u>
  (Appellant)
<u>**Civil Nos. 02-cr-00031E**</u>
  (D.C. No.)

Enclosures:

____**7/1/05**____ Certified copy of C. of A. Order by the Court/**Clerk**
   (Date)

*_____ Record **(Rec'd)**

*_____ Supplemental Record **(First)**

*_____ Exhibits

*_____ State Court Record

____**X**____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                    __Chanel R. Graham__   (267)-299-_4955_
                      Case Manager          Telephone Number

                  *_____ (267)-299-_____
                      Record Processor       Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

Rev. 4/3/03
Appeals (Record)